UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**OLE K.NILSSEN and**
**GEO FOUNDATION, LTD.,**

          **Plaintiffs,**

-vs-                                               Case No. 2:12-cv-296-FtM-UA-DNF

**FEIT ELECTRIC COMPANY, INC.**

          **Defendant.**

## AMENDED ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAR PRO HAC VICE (Doc. No. 7)** |
| **FILED:** | **June 12, 2012** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Michael J. Corso, Esquire is requesting leave for Eric H.Weimers, Esquire to appear specially for the Plaintiffs. The Court will allow Eric H.Weimers, Esquire to appear specially.

**IT IS FURTHER ORDERED**:

2:12-cv-296-FtM-29-DNF

Within fourteen (14) days from the date of this Order, Eric H. Weimers, Esquire shall register for CM/ECF.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 19th day of June, 2012.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties